# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 4/13/15**

In re:   Case No.:   15–15219     Chapter:   13

Herdisene McIntyre Green
Debtor(s)

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Schedule C due 04/27/2015**<br>**Ch 13 Plan & Cert of Service due 04/27/2015**<br>**Schedule E due 04/27/2015**<br>**Declaration for Schedules due 04/27/2015**<br>**Schedule G due 04/27/2015**<br>**Schedule H due 04/27/2015** |
| CONSEQUENCE: | **If the problem is not cured by the date below,**<br>**YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by 4/27/15.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

                Mark A. Neal, Clerk of Court
                by Deputy Clerk, Daniel Walston  301−344−3496

cc:   Debtor(s)
     Attorney for Debtor(s) – PRO SE

Form ntcddl (03/05)