## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 4/27/15**

In re:   Case No.:   15–15219 JS     Chapter:   13

Herdisene McIntyre Green
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   13 – Chapter 13 Plan Filed by Herdisene McIntyre Green. (Walston, Daniel)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 5/11/15.**

**The Chapter 13 Plan does not include any dollar amounts to be paid or length of payment plan.**
**File amended Plan to include payment amounts**

CURE:   A Certificate of Service on the above pleading indicating service on all interested parties must be filed.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston   301–344–3496

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)