IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>HERDISENE MCINTYRE GREEN<br><br>    Debtor | Case No. 15-15219-JFS<br>Chapter 13 |

### NOTICE ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES

Dear Clerk:

    Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Nationstar Mortgage LLC. Please add my name to the mailing matrix and send all notices to:

    Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    7910 Woodmont Avenue, Suite 750
    Bethesda, Maryland 20814

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    7910 Woodmont Avenue, Suite 750
    Bethesda, Maryland 20814
    (301) 907-8000

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 28, 2015, a copy of the foregoing Line Entering Appearance was mailed, first class postage prepaid, or emailed, to the following:

| | |
|---|---|
| Herdisene McIntyre Green<br>3423 Ripple Road<br>Baltimore, MD 21224 | Nancy Grigsby, Trustee<br>P.O. Box 958<br>Bowie, MD 20718 |

,

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39591