FILED
2015 MAY 22 AM 10: 12
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

## UNITED STATES BANKRUPTCY COURT
### District of Maryland

| | | |
|---|---|---|
| Herdisene McIntyre Green<br>Petitioner | )<br>)<br>)<br>)<br>)<br>) | Case Number: 15-15219<br>Chapter 13<br>**Notice to Trustee** |

## NOTICE TO COURT APPOINTED TRUSTEE
### Nancy Spencer Grigsby

This Notice is given to Trustee Nancy Spencer Grigsby to inform you and the Court that it is my desire and intention to pay every debt that I owe. However, it is my intention to pay **ONLY** those debts which I actually owe.

I have previously demanded that NATIONSTAR MORTGAGE, LLC validate the debt which they allege I owe. So far, they have failed to do so. I, again, demand that they prove that the four elements for a loan to exist were met, and that they show the source of the funds for the alleged loan. If they cannot or will not do that, then I motion this Court to discharge the alleged debt. This is the only alleged debt which I am asking this Honorable Court to deal with.

Thank you for your attention.

Dated: _20_ day of May, 2015

Herdisene McIntyre Green

*Herdisene m Green*

In re: Case No. 15-15219 – Chapter 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Notice to Court Appointed Trustee has been sent to the parties listed below via USPS pre-paid First Class Mail on May 20, 2015.

**Copies Mailed to:**

Nancy L. Spencer Grigsby, Trustee
4201 Mitchellville Road
Suite 401
Bowie, Maryland  20716

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

Dated this 20th Day of May, 2015

_____
Herdisene McIntyre Green