```
                    UNITED STATES BANKRUPTCY COURT
                          District of Maryland
```

FILED
2015 JUN 18 PM 3:10
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

| Herdisene McIntyre Green ) | Case Number: 15-15219 |
| Petitioner ) | Chapter 13 |
| ) | **Answer to Trustee's Objection** |
| ) | |

## ANSWER TO TRUSTEE'S CONFIRMATION

This Answer is given to Trustee Nancy Spencer Grigsby Objection to Confirmation of my Chapter 13 Plan.

Counsel for the Trustee requested several amendments to my filings. I am attempting to provide those with this filing.

a.  Counsel requested that I amend my Schedule A. I don't understand the reasoning. As I read the form, it asks what the value of my interest in the property is. Well, if I am the Mortgagee, and I have only paid in about $4500.00 principal against the alleged loan, isn't my interest in the property $4500.00? Please explain further, if I am not understanding what should be on the form.

b.  I was unaware of Maryland having separate codes and have sought assistance in attempting to enter the correct codes. An amended Schedule C is attached.

c.  The past due bill for BGE has now been paid, so the only outstanding debt is the normal monthly bill. Do I need to add that to Schedule F?

In paragraph 4 of the Objection, the Trustee requests that I amend my plan to cover pre-petition arrears claimed by Nationstar. Since Nationstar has failed to validate that any loan was ever made to me, why do I need to pay something that I don't owe?

Answer to Objection                                                              Page 1 of 2

In paragraph 5 of the Objection, the Trustee says I have not properly objected to Nationstar's proof of claim. I did properly object. Proof of mailing is attached, along with a certificate of service for the record. Furthermore, I shouldn't have to object, as the Proof of Claim was done by an attorney, and attorneys can not testify, especially about facts they have no first hand knowledge of.

Paragraph 6, I will file my 2012 State and Federal Tax returns as soon as I am able.

Dated: _____ day of June, 2015

Herdisene McIntyre Green

*/s/ Herdisene McIntyre Green*

B6C (Official Form 6C) (04/13)

In re  Herdisene McIntyre Green  ,    Case No.  15-15219
　　　　　　　*Debtor*　　　　　　　　　　　　　　　　　*(If known)*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)　　　　　　　　　　　　　　　　　　　　　　　$155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | MD 11-504(b)(5) | 17.00 | 17.00 |
| Bank Account | MD 11-504(b)(5) | 600.00 | 600.00 |
| Household goods | MD 11-504(b)(1) | 1,200.00 | 1,200.00 |
| Wearing apparel | MD 11-504(b)(1) | 1,200.00 | 1,200.00 |
| Social Security income | MD 11-504(h)(1) | 1,840.00 | 1,840.00 |
| State Pension Plan | MD 11-504(h)(1) | 1,600.00 | |

*FILED 2015 JUN 18 PM 3: 10 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND BALTIMORE*

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — CARROLL STA., BALTIMORE, MD 21229 — 20 2015

Sent To: US Bankruptcy Court
Street, Apt. No.; or PO Box No. 101 W. Lombard St
City, State, ZIP+4: 21201

PS Form 3800, August 2006 — See Reverse for Instructions

7011 2970 0000 3798 8913 7

---

CARROLL
BALTIMORE, Maryland
21229998
2303830009 -0098
05/20/2015   (800)275-8777   01:28:01 PM

—— Sales Receipt ——

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| BALTIMORE MD 21201-2605 Zone-0 First-Class Mail Large Env 1.40 oz. Expected Delivery: Fri 05/22/15 | | | $1.20 |
| @@ Certified Mail USPS Certified Mail #: 70112970000379889137 | | | $3.45 |
| *** Return Receipt (Electronic) Use label # 70112970000379889137 for inquiry on Return Receipt (Electronic). | | | $1.40 |
| Customer Postage | | | -$0.15 |

Issue Postage: $5.90

BETHESDA MD 20814 Zone-1   $0.49
First-Class Mail Letter
0.50 oz.
Expected Delivery: Fri 05/22/15

Issue Postage: $0.49

BOWIE MD 20716 Zone-1   $0.49
First-Class Mail Letter
0.50 oz.
Expected Delivery: Fri 05/22/15

Issue Postage: $0.49

Total: $6.88

Paid by:
Cash   $20.00
Change Due:   -$13.12

@@ For tracking or inquiries go to USPS.com or call 1-800-222-1811.

*** IMPORTANT: For Return Receipt (Electronic), wait one day, go to USPS.com; select Track & Confirm; enter label number(s); select 'Request Return Receipt (Electronic)'; enter your name and email address. Please make your request within 60 days.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000202403886
Clerk: 08

In re: Case No. 15-15219  Chapter 13
Herdisene McIntyre Green
Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Response to Objection to Confirmation, filed by Herdisene McIntyre Green, has been sent to the parties listed below via USPS pre-paid First Class Mail on May 20, 2015.

**Copies Mailed to:**

NATIONSTAR MORTGAGE
350 HIGHLAND DR.
LEWISVILLE, TX 75067

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

Dated this 16 Day of June, 2015

_Herdisene McIntyre Green_
Herdisene McIntyre Green