## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 6/25/15**

In re:   Case No.:   15−15219 JS     Chapter:   13

Herdisene McIntyre Green
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   28 – Motion to Convert Case from Chapter 13 to Chapter 7. Filed by Herdisene McIntyre Green . (Walston, Daniel)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 7/9/15.**

CURE:   The filing fee of $25 for Conversion of Chapter 13 Case to Chapter 7 must be paid.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check. For the Motion to Appear Pro Hac Vice, write the money order or certified check payable to Clerk, U.S. District Court. For all other fees, write the money order or certified check payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

   U.S. Bankruptcy Court                        U.S. Bankruptcy Court
   Garmatz Federal Courthouse                   U.S. Courthouse
   101 W. Lombard Street, Suite 8530            6500 Cherrywood Lane, Suite 300
   Baltimore, MD 21201                          Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

                                              Mark A. Neal, Clerk of Court
                                              by Deputy Clerk, Daniel Walston  301−344−3496

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)