

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **15–15219 – JS**   Chapter: **13**

**Herdisene McIntyre Green**
Debtors(s)

## ORDER CONVERTING FROM CHAPTER 13
## TO A CASE UNDER CHAPTER 7 ON DEBTOR(S)' REQUEST

Upon consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – PRO SE
      Case Trustee – Nancy Spencer Grigsby
      U.S. Trustee

### End of Order

13x03 (11/07/2005) – *dwalston*