# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 7/2/15

In re:   Case No.:   15−15219 JS   Chapter:   7

Herdisene McIntyre Green
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The Statement of Intention is missing.** |
| CURE: | **The Statement of Intention shall be filed with the Court by the date below. A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.** |

**The above deficiency must be cured by 8/3/15 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Phaedra Neal   301−344−3371

cc:   Debtor(s)
Attorney for Debtor(s) − PRO SE

Form stint (03/05)