IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>HERDISENE MCINTYRE GREEN<br><br>    Debtor | Case No. 15-15219-JFS<br>Chapter 7 |
| NATIONSTAR MORTGAGE LLC<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019<br><br>    Movant<br>v.<br><br>HERDISENE MCINTYRE GREEN<br>3423 Ripple Road<br>Baltimore, MD 21224<br><br>and<br><br>GEORGE LIEBMANN<br>CHAPTER 7 TRUSTEE<br>8 West Hamilton Street<br>Baltimore, MD 21201<br><br>    Respondents | Motion No. |

**NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    Nationstar Mortgage LLC has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 3423 Ripple Road, Windsor Mill, MD 21244.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)
    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  39591

**AUGUST 6, 2015**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

>Diane S. Rosenberg, Attorney for the Movant
>Rosenberg & Associates, LLC
>7910 Woodmont Avenue, Suite 750
>Bethesda, Maryland 20814
>diane@rosenberg-assoc.com

>George Liebmann, Trustee
>8 West Hamilton Street
>Baltimore, MD 21201

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**AUGUST 20, 2015 at 10:00 AM at the United States Bankruptcy Court, 101 W. Lombard Street**
**Baltimore, Maryland 21201, Courtroom 9-C.**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

| | |
|---|---|
| Date: July 20, 2015 | /s/ Mark D. Meyer, Esq._____ |
| | Mark D. Meyer, Esq. |
| | Rosenberg & Associates, LLC |
| | 7910 Woodmont Avenue, Suite 750 |
| | Bethesda, Maryland 20814 |
| | (301) 907-8000 |
| | mmeyer@rosenberg-assoc.com |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39591

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 20, 2015, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, or via electronic email, to the following:

| | |
|---|---|
| Kenneth McIntyre<br>3423 Ripple Road<br>Baltimore, Md 21244 | George Liebmann, Trustee<br>8 West Hamilton Street<br>Baltimore, MD 21201 |
| Herdisene McIntyre Green<br>3423 Ripple Road<br>Baltimore, MD 21224 | , |

                                                           /s/ Mark D. Meyer, Esq.
                                                           Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 39591