FILED
2015 AUG 17 PM 2:51
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

| | |
|---|---|
| IN RE <br> HERDISENE MCINTYRE GREEN | |
| NATIONSTAR MORTGAGE LLC <br> Movant <br> v. <br><br> Herdisene McIntyre Green <br> Respondent | Case Number: 15-15219 <br> Chapter 7 <br> **Motion to Ratify Rescission and to Quiet Title** |

## MOTION TO RATIFY RESCISSION

1.  COMES NOW, Respondent, Herdisene McIntyre Green, with a Motion to Ratify the Rescission of the alleged loan, against which NATIONSTAR MORTGAGE, LLC., has been attempting to collect and to foreclose on my property to satisfy an alleged debt.

2.  On July 18, 2015, I, Herdisene McIntyre Green, mailed a Verified Notice of Rescission to the four parties who have at sometime made a claim against or otherwise been involved with alleging that I, Herdisene McIntyre Green, owes them a debt because of an alleged loan from COUNTRYWIDE HOME LOANS, INC. The Verified Notice of Rescission was created and executed according to the provisions of the Acts of Congress codified at 15 USC §§ 1601 to 1639, with particular attention to 15 USC §1635(b). A copy of the Verified Notice of Rescission is annexed hereto as ANNEX A pursuant to the Federal Rules of Evidence 401, 901,

& 902. Also included are computer screenshots from the UNITED STATES POSTAL SERVICE website, validating the date each party received their copy of the Verified Notice of Rescission.

3. I, therefor, direct this Court's attention to the provisions of 15 USC 1635(b), wherein One may find the following wording:

> "*When an obligor exercises his right to rescind under subsection (a) of this section, he is not liable for any finance or other charge, and any security interest given by the obligor, including any such interest arising by operation of law, becomes void upon such a rescission.* **Within 20 days after receipt of a notice of rescission, the creditor shall return to the obligor any money or property given as earnest money, downpayment, or otherwise, and shall take any action necessary or appropriate to reflect the termination of any security interest created under the transaction.** *If the creditor has delivered any property to the obligor, the obligor may retain possession of it. Upon the performance of the creditor's obligations under this section, the obligor shall tender the property to the creditor, except that if return of the property in kind would be impracticable or inequitable, the obligor shall tender its reasonable value. Tender shall be made at the location of the property or at the residence of the obligor, at the option of the obligor.* **If the creditor does not take possession of the property within 20 days after tender by the obligor, ownership of the property vests in the obligor without obligation on his part to pay for it.** *The procedures prescribed by this subsection shall apply except when otherwise ordered by a court.*" {Emphasis added}

4. Nowhere in the wording of 15 USC 1635 does one find that the alleged "creditor" has any options other than the return of the property within 20 days of receipt of the Notice or in the alternative to get a court order to the contrary. Since NATIONSTAR MORTGAGE, LLC., has failed to comply with the laws as enacted by Congress, NATIONSTAR MORTGAGE, LLC., has forfeited all rights, title, interest, and claims against the property of Herdisene McIntyre Green.

5. Anticipating that NATIONSTAR MORTGAGE, LLC., might argue that there is a 3 year limitation on the right of rescission, I, Herdisene McIntyre Green, direct this Court's attention to the wording of 15 USC § 1635(f) which reads as follows:

> "*An obligor's right of rescission shall expire three years after the date of consummation of the transaction or upon the sale of the property, whichever occurs first….."*

The key words to look at are "**the date of the consummation of the transaction.**" The transaction has never been consummated because COUNTRYWIDE HOME LOANS, INC., never made a loan to me, Herdisene McIntyre Green. If they had, then there would be a record of the account into which the alleged loan funds were added, and there would be a record of my withdrawal of those funds, or in the alternative there would be an order, signed by me, Herdisene McIntyre Green, instructing COUNTRYWIDE HOME LOANS, INC., to pay those funds to some party. None of those things happened, and there is not and never has been a loan made to me. Therefor, the transaction was NOT consummated and the 3 year time limit does not apply in this instance.

## MOTION TO RATIFY RESCISSION AND TO QUIET TITLE

6. **WHEREFORE**, based on the foregoing Facts, which are Public Record, I, Herdisene McIntyre Green, motion this honorable Court to comply with and enforce the Acts of Congress as herein presented, and to Ratify the Rescission of the Promissory Note and the Deed of Trust and to Quiet the Title to my property. If this Motion is denied, I, Herdisene McIntyre Green, move this Court for Findings of Fact and Conclusions of Law to support the Court's findings in an effort to preserve my record for Appeal.

## VERIFICATION

I, Herdisene McIntyre Green, hereby states, declares, verifies and affirms under penalty of perjury, under the laws of the United States of America and the State of Maryland, that I,

Motion to Ratify Rescission                                                                                          Page 3

1  Herdisene McIntyre Green, have read the foregoing and know the contents thereof; that the
2  same is true and correct based on the undersigned's own knowledge to the best of the
3  undersigned's current information, knowledge, comprehension and belief.

Dated: 16 day of August, 2015

Herdisene McIntyre Green

*/s/ Herdisene McIntyre Green*

# ANNEX A

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number: 7005116000049693259**

On Time
Expected Delivery Day: **Monday, July 20, 2015**

## Delivered

## Product & Tracking Information

**Postal Product:**           **Features:**
First-Class Mail®             Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 20, 2015, 11:07 am | Delivered | ANNAPOLIS, MD 21409 |

Your item was delivered at 11:07 am on July 20, 2015 in ANNAPOLIS, MD 21409.

| | | |
|---|---|---|
| July 20, 2015, 8:26 am | Arrived at Unit | ANNAPOLIS, MD 21401 |
| July 20, 2015, 4:23 am | Departed USPS Origin Facility | LINTHICUM HEIGHTS, MD 21090 |
| July 19, 2015, 2:01 am | Arrived at USPS Origin Facility | LINTHICUM HEIGHTS, MD 21090 |
| July 18, 2015, 8:05 pm | Arrived at USPS Origin Facility | BALTIMORE, MD 21233 |
| July 18, 2015, 6:04 pm | Departed Post Office | PIKESVILLE, MD 21282 |
| July 18, 2015, 11:41 am | Acceptance | PIKESVILLE, MD 21282 |

## Available Actions

Text Updates

Email Updates

Countrywide Home Loans, Inc.

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70051160000498932610



Delivered

Expected Delivery Day: **Tuesday, July 21, 2015**

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 21, 2015, 10:40 am | Delivered | CHARLOTTE, NC 28202 |

Your item was delivered at 10:40 am on July 21, 2015 in CHARLOTTE, NC 28202

| | | |
|---|---|---|
| July 20, 2015, 11:33 pm | Arrived at USPS Origin Facility | CHARLOTTE, NC 28214 |
| July 20, 2015, 9:44 pm | Departed USPS Facility | CHARLOTTE, NC 28228 |
| July 20, 2015, 8:27 am | Arrived at USPS Origin Facility | CHARLOTTE, NC 28228 |
| July 18, 2015, 10:03 pm | Departed USPS Facility | BALTIMORE, MD 21233 |
| July 18, 2015, 8:06 pm | Arrived at USPS Facility | BALTIMORE, MD 21233 |
| July 18, 2015, 6:04 pm | Departed Post Office | PIKESVILLE, MD 21282 |
| July 18, 2015, 11:41 am | Acceptance | PIKESVILLE, MD 21282 |

## Available Actions

Text Updates

Email Updates

Bank of America

# USPS Tracking®




Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70051160000496932627

## Delivered

Updated Delivery Day: Friday, July 24, 2015

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 23, 2015, 9:59 am | Delivered | COPPELL, TX 75019 |

Your item was delivered at 9:59 am on July 23, 2015 in COPPELL TX 75019

| | | |
|---|---|---|
| July 23, 2015, 9:56 am | Arrived at Unit | COPPELL, TX 75019 |
| July 23, 2015, 8:19 am | Sorting Complete | COPPELL, TX 75019 |
| July 23, 2015, 3:19 am | Departed USPS Origin Facility | COPPELL, TX 75099 |
| July 20, 2015, 3:53 pm | Arrived at USPS Origin Facility | COPPELL, TX 75099 |
| July 18, 2015, 8:05 pm | Arrived at USPS Facility | BALTIMORE, MD 21233 |
| July 18, 2015, 6:04 pm | Departed Post Office | PIKESVILLE, MD 21282 |
| July 18, 2015, 11:41 am | Acceptance | PIKESVILLE, MD 21282 |

## Available Actions

Text Updates

Email Updates

NATIONSTAR MORTGAGE, LLC

# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: RB251265813US



Delivered

Updated Delivery Day: Wednesday, July 22, 2015

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Registered Mail™

Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 22, 2015, 10:02 am | Delivered | MC LEAN, VA 22102 |

Your item was delivered at 10:02 am on July 22, 2015 in MC LEAN, VA 22102.

| | | |
|---|---|---|
| July 22, 2015, 8:53 am | Arrived at Unit | MC LEAN, VA 22102 |
| July 22, 2015, 1:15 am | Arrived at USPS Facility | MERRIFIELD, VA 22081 |
| July 21, 2015, 8:01 pm | Arrived at USPS Facility | DULLES, VA 20101 |
| July 20, 2015, 8:37 pm | Arrived at USPS Facility | BALTIMORE, MD 21233 |
| July 18, 2015, 6:04 pm | Departed Post Office | PIKESVILLE, MD 21282 |
| July 18, 2015, 11:43 am | Acceptance | PIKESVILLE, MD 21282 |

Federal Home Loan Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

| | | |
|---|---|---|
| IN RE <br> HERDISENE MCINTYRE GREEN | ) ) ) | |
| NATIONSTAR MORTGAGE, LLC <br> Movant <br> v. <br><br> Herdisene McIntyre Green <br> Respondent | ) ) ) ) ) ) ) ) ) ) | Case Number: 15-15219 <br> Chapter 7 <br> **ORDER to Ratify Rescission and to Quiet Title** |

## ORDER

Upon review of the Records available to this Court, and by compliance of the applicable Laws, it is Ordered:

1. That any and all debts allegedly owed to NATIONSTAR MORTGAGE, LLC, or any other entity have been rescinded to the full extent.
2. That the Deed of Trust shall be re-conveyed to the Herdisene McIntyre Green, and the original Promissory Note be returned to her within 30 days.

So Ordered this this _16_ day of _August_, 2015

_____
JUDGE FOR THE U.S. BANKRUPTCY COURT

Motion to Ratify Rescission

In re: Case No. 15-15219 Chapter 7
**Herdisene McIntyre Green**
**Debtor**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Motion to Ratify Rescission and Quiet Title along with a proposed ORDER, filed by Herdisene McIntyre Green, has been sent to the parties listed below via USPS pre-paid First Class Mail on August____, 2015.

**Copies Mailed to:**

NATIONSTAR MORTGAGE
8950 Cypress Waters Blvd
COPPELL, TX 75019

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

GEORGE LIEBMANN
CHAPTER 7 TRUSTEE
8 West Hamilton Street
Baltimore, MD 21201

Dated this _16_ Day of August, 2015

*/s/ Herdisene McIntyre Green/*
Herdisene McIntyre Green

Motion to Ratify Rescission