Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:  15−15219
Judge:  James F. Schneider

In Re:   Herdisene McIntyre Green
Debtor(s)

PLEASE TAKE NOTICE that a RESCHEDULED hearing will be held

at 101 W. Lombard Street, Courtroom 9−C, Baltimore, MD 21201

on 9/17/15 at 10:00 AM

to consider and act upon the following:

40 − Amended Motion for Relief from Stay Re: 3423 Ripple Road, Windsor Mill, MD 21244 Filed by Nationstar Mortgage LLC (related document(s)26 Relief from Stay and Notice of Motion filed by Creditor Nationstar Mortgage LLC). (Attachments: # 1 Debt) (Meyer, Mark).

43 − Objection To Amended Motion for Relief on behalf of Herdisene McIntyre Green Filed by Herdisene McIntyre Green (related document(s)40 Amended Motion filed by Creditor Nationstar Mortgage LLC, 41 Amended Notice of Motion filed by Creditor Nationstar Mortgage LLC). Hearing scheduled for 8/20/2015 at 10:00 AM at Courtroom 9−C, Baltimore − Judge Schneider. (Walston, Daniel)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/19/15

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
410−962−2966