# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 8/20/15

In re:   Case No.:   15–15219 JS     Chapter:  7

Herdisene McIntyre Green
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:   45 – Motion To Ratify Rescission Filed by Herdisene McIntyre Green . (Walston, Daniel)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 9/3/15.**

CURE:   A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3)

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Daniel Walston  301–344–3496

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)