

**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   15–15219 – JS    Chapter:   7

Herdisene McIntyre Green
3423 Ripple Rd
Baltimore, MD 21224

Deficient Pleading No. – 45

Motion To Ratify Rescission

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – PRO SE
      Interested Party –
      Case Trustee – George W. Liebmann
      U.S. Trustee

### End of Order

14.1 (02/02/2006) – *dwalston*