**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore**

IN RE:

HERDISENE MCINTYRE GREEN                Case No. 15-15219-JFS
                                        Chapter 7

## **LINE**

In support of the Motion for Relief from Automatic Stay, docket no. 40, attached please find the Assignment of Mortgage.

/s/ Mark D. Meyer
Mark D. Meyer, #15070
7910 Woodmont Ave., Suite 750
Bethesda, MD 20814
(301)907-8000

### Certificate of Service

I hereby certify that on this 14th day of September 2015, a copy of the foregoing was mailed by first class, postage pre-paid mail to the following who were not served electronically :

| | |
|---|---|
| Kenneth McIntyre<br>Herdisene McIntyre Green<br>3423 Ripple Road<br>Baltimore, MD 21244 | George Liebmann, Trustee<br>8 West Hamiliton Street<br>Baltimore, MD 21201 |

/s/ Mark D. Meyer
Mark D. Meyer

MARK D. MEYER
MD BAR NO. 15070

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 39591