Recording requested by:
BANK OF AMERICA, N.A.
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS
SERVICING, LP

When recorded mail to:
BANK OF AMERICA, N.A
DOCUMENT PROCESSING MAIL CODE

4500 AMON CARTER BLVD
FORT WORTH, TX 76155
Attn: ASSIGNMENT UNIT

CORPORATION ASSIGNMENT OF DEED OF TRUST
Doc. ID#
Commitmen

For value received, the undersigned, BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063, hereby grants, assigns and transfers to:
NATIONSTAR MORTGAGE LLC
350 HIGHLAND DR., LEWISVILLE, TX 75067-4177

All beneficial interest under that certain Deed of Trust dated 11/22/06, executed by: HERDISENE MCINTYRE GREEN, Trustor as per TRUST DEED recorded as Instrument No. _____ on 12/19/06 in Book 0024943 Page 638 of official records in the County Recorder's Office of BALTIMORE County, MARYLAND.
Tax Parcel = _____ BALTIMORE COUNTY TAX COLL. (SEMI)
Original Mortgage $123,000.00
3423 RIPPLE RD, BALTIMORE, MD 21244

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated: 11/09/2012    BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

By _____
WAYNE CHOE, ASSISTANT VICE PRESIDENT

State of California
County of Ventura

On 11/09/2012 before me, CYNTHIA R. GOLDBECK, Notary Public, personally appeared WAYNE CHOE, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _Cynthia Goldbeck_
CYNTHIA R. GOLDBECK

CYNTHIA R. GOLDBECK
Commission # 1984726
Notary Public - California
Los Angeles County
My Comm. Expires Aug 8, 2016

Prepared by: SEVAN APIK
1800 TAPO CANYON ROAD
SIMI VALLEY, CA 93063
Phone#: (213) 345-1489

IMP FD SURE          40.00
RECORDING FEE        20.00
TOTAL                60.00
Rest BA04  Rcpt # 13892
JLE    CR    Blk # 2476
Dec 17, 2012    07:27 am

BA CIRCUIT COURT (Land Records) [MSA CE 62-32789] JLE 32933, p. 0501. Printed 01/17/2013. Online 01/14/2013.