

/s/ James F. Schneider
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Located in Baltimore

| | |
|---|---|
| IN RE:<br><br>HERDISENE MCINTYRE GREEN<br><br>   Debtor | Case No. 15-15219-JFS<br>Chapter 7 |
| NATIONSTAR MORTGAGE LLC<br><br>   Movant<br>v.<br><br>HERDISENE MCINTYRE GREEN<br> and GEORGE LIEBMANN, CHAPTER 7 TRUSTEE<br><br>   Respondents | Motion No. |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 39591

## ORDER MODIFYING AUTOMATIC STAY

     Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, a hearing having been held, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

     ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d) , to permit Movant to commence foreclosure proceeding in the Circuit Court for Baltimore County, Maryland, against the real property and improvements with a legal description of "Lot No. 11 as shown on the plat of Section One, Lynne Acres," also known as 3423 Ripple Road, Windsor Mill, MD 21244 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $1,134.81 said payment represents the regular mortgage payment) by October 15, 2015 and continue thereafter to make regular monthly payments by the 15th of each month pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

2. All payments to the Movant should be made to:

Nationstar Mortgage LLC
Attn: Payment Processing
PO Box 619094
Dallas, TX. 75261-9741

Should the Debtor default in making the above specified payments Movant shall be immediately free to proceed with foreclosure of its security instrument; the forbearance provisions of this order will immediately terminate upon the failure to timely tender any and all payments and the filing of the Notice of Secured Creditor's Right to Commence Foreclosure Proceedings. Upon default and termination of the forbearance provisions under this paragraph, the Movant shall file a Notice of Secured Creditor's Right to Commence Foreclosure Proceedings; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

cc:
Mark D. Meyer, Esq., Esquire
Rosenberg & Associates, LLC
7910 Woodmont Avenue, Suite 750
Bethesda, Maryland 20814

George Liebmann
Trustee
8 West Hamilton Street
Baltimore, MD 21201

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 39591

Page 2

Herdisene McIntyre Green
3423 Ripple Road
Baltimore, MD 21224

**End of Order**

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 39591