## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 11/18/15**

In re:   Case No.:   15–15219 JS   Chapter:   7

Herdisene McIntyre Green
Debtor(s)

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 69 – Motion to Reopen Chapter 7 Case. Fee Amount $0. Fee Not Paid . Filed by Herdisene McIntyre Green . (Walston, Daniel) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/2/15.** |
| CURE: | A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3) |
| | The filing fee of $260 for Reopening of Chapter 7 Case must be paid. (28 U.S.C. §1930) |
| | Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations: |

U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

U.S. Bankruptcy Court
U.S. Courthouse
6500 Cherrywood Lane, Suite 300
Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE:   Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston  301–344–3496

cc:   Debtor(s)
Attorney for Debtor(s) – PRO SE

Form defntc (11/2013)