

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | Case No.   15-15219-JS |
| HERDISENE M. GREEN, | * | Chapter   7 |
| Debtor. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### <u>ORDER DENYING MOTION TO REOPEN CASE</u>

Upon consideration of the Motion to Reopen Case for Additional Discharge filed by the Debtor [Docket No. 72], the Court finding that the mortgage lien sought to be avoided by the Debtor may not be avoided in a Chapter 7 case pursuant to 11 U.S.C. § 506, *see Dewsnup v. Timm*, 502 U.S. 410 (1992), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Reopen Case for Additional Discharge is denied.

cc:    Debtor
       Trustee – Nancy Spencer Grigsby
       U.S. Trustee

**END OF ORDER**